USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/29/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **O'DELL,** | |
| **Plaintiff,** | |
| -against- | 23-cv-07712(ALC) |
| **COMPUTER TASK GROUP, INCORPORATED,** *et al.*, | **ORDER** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

On August 30, 2023, Plaintiff filed a Complaint commencing this action against Defendants Computer Task Group, Incorporated, James R. Helvey, III, Filip J. L. Gyde, David H. Klein, Valerie Rahmani, Raj Rajgopal, and Kathryn A. Stein. ECF No. 1. The Court ordered Plaintiff to show cause as to why this action should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m). ECF No. 5. To date, Plaintiff has not filed proof of service with respect to the Defendants and has failed to file a timely response to the Court's Order to Show Cause. Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m). The Clerk of the Court is respectfully directed to terminate this case.

**SO ORDERED.**

Dated: December 29, 2023
       New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**